[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
December 12, 2006
THOMAS K. KAHN
CLERK

No. 06-12962
Non-Argument Calendar

_____

D.C. Docket No. 05-00289-CR-CG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

YAKUBU HOWARD,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Alabama

_____

**(December 12, 2006)**

Before BIRCH, BLACK and MARCUS, Circuit Judges

PER CURIAM:

Kristen Gartman Rogers, appointed counsel for Yakubu Howard in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Howard's conviction and sentence are **AFFIRMED**.